IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORDAN VASQUEZ,

    Plaintiff,

v.          No. 1:24-cv-00781-LF

ALBUQUERQUE POLICE DEPARTMENT,

    Defendant.

## ORDER TO CURE DEFICIENCIES

Plaintiff, who is proceeding *pro se*, sent a letter to the Clerk's Office which the Clerk's Office docketed as a Complaint. *See* Doc. 1, filed August 5, 2024. The letter states in its entirety: "My name is Jordan Vasquez and I would like to file a USC 1983 civil complaint against APD, Albuquerque Police Dept."

Plaintiff has not paid the $405.00 fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Plaintiff must either pay the fee or file an Application for this case to continue. The Guide for Pro Se Litigants, which the Clerk's Office mailed to Plaintiff on August 6, 2024, contains the form "Application to Proceed in District Court Without Prepaying Fees or Costs, (Long Form)."

Plaintiff has not filed a complaint that states a claim pursuant to 42 U.S.C. § 1983. *See* Fed. R. Civ. P. 8(a)(2) ("A pleading that states a claim for relief must contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief"). Plaintiff must file an amended complaint for this case to continue. The Guide for Pro Se Litigants, which the Clerk's Office mailed to Plaintiff on August 6, 2024, contains the form "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983."

**Case Management**

>Generally, *pro se* litigants are held to the same standards of professional responsibility as trained attorneys. It is a *pro se* litigant's responsibility to become familiar with and to comply with the *Federal Rules of Civil Procedure* and the *Local Rules of the United States District Court for the District of New Mexico* (the "Local Rules").

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (October 2022). The Local Rules, the Guide for Pro Se Litigants and a link to the Federal Rules of Civil Procedure are available on the Court's website: http://www.nmd.uscourts.gov.

**Compliance with Rule 11**

The Court reminds Plaintiff of Plaintiff's obligations pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See Yang v. Archuleta*, 525 F.3d 925, 927 n. 1 (10th Cir. 2008) ("*Pro se* status does not excuse the obligation of any litigant to comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."). Rule 11(b) provides:

>**Representations to the Court.** By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
>**(1)** it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
>**(2)** the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
>**(3)** the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
>
>**(4)** the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b).  Failure to comply with the requirements of Rule 11 may subject Plaintiff to sanctions, including monetary penalties and nonmonetary directives.  *See* Fed. R. Civ. P. 11(c).

IT IS ORDERED that:

(i) Plaintiff shall, within 21 days of entry of this Order, either pay the $405.00 fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).  Failure to timely pay the $405.00 fee or file an Application may result in dismissal of this case.

(ii) Plaintiff shall, within 21 days of entry of this Order, file an amended complaint.  Failure to timely file an amended complaint may result in dismissal of this case.

_____
UNITED STATES MAGISTRATE JUDGE